12-081253

# United States Bankruptcy Court
# District of Minnesota

In re:

Christie Lee Szabla asf Pride Martial Arts & Fitness, LLC and Jason Joseph Szabla,

      Debtors

Chapter 13 Case
Case Number BKY. 17-60649 MER
**AGREED ORDER**

    This case is before the court on the motion of Seterus, Inc., as nominee for Federal National Mortgage Association ("Fannie Mae") for relief from the automatic stay imposed by 11 U.S.C § 362. Based on the motion, the file and the agreement of the Debtor and the Movant,

IT IS ORDERED:

1. The Motion is denied.

2. The Debtors agree to the post-petition arrears in a total amount of $7,033.95 with the breakdown as follows:

   | | |
   |---|---|
   | 5 payments @ $1,200.59 per month February 1, 2018 – June 1, 2018 | $6,002.95 |
   | Attorney Fees and Costs | $1,031.00 |
   | Total | $7,033.95 |

3. The Debtors agree to pay $3,548.75 in certified funds made payable to Seterus, Inc., on or before June 5, 2018 and sent to Shapiro & Zielke, LLP, 12550 West Frontage Road, Suite 200, Burnsville, MN 55337.

4. The Debtors agree to continue to pay regular monthly payments on this account as and when such payments become due, commencing July 1, 2018.

5. The Debtors will also pay an extra installment amount of $580.86 per month from July 15, 2018 through November 15, 2018 and an extra installment amount of $580.90 on December 15, 2018 to cure the remaining post-petition arrearage.

6. All payments to be applied towards arrearages must be in the form of certified funds made payable to:

Seterus, Inc.
14523 SW Millikan Way
Suite 200
Beaverton, Oregon 97005

7. In the event that the Debtors do not comply with any of the above terms, the movant may be entitled to ex parte relief from the automatic stay upon expiration of ten calendar days after service by U.S. Mail of an affidavit of default upon the Debtors and their attorney; and upon failure by the Debtors to cure the same. If a default notice issues and the default is cured within the ten days allowed, the movant will be entitled to $100.00 as compensation for attorney fees incurred for the notice.

Dated: _____*June 5, 2018*_____

_____*/e/ Michael E. Ridgway*_____

UNITED STATES BANKRUPTCY JUDGE

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *06/06/2018*
Lori Vosejpka, Clerk, by AMM